FILED
08 JAN -9 PM 3:19
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   08 CR 0063  LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| PEDRO GARCIA, aka Pedro Garcia-Hernandez, aka Pedro Villa-Garcia, aka Benito Villa, | |
| Defendant. | |

The grand jury charges:

On or about October 21, 2007, within the Southern District of California, defendant PEDRO GARCIA, aka Pedro Garcia-Hernandez, aka Pedro Villa-Garcia, aka Benito Villa, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act

CPH:nlv:San Diego
1/8/08

to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant PEDRO GARCIA, aka Pedro Garcia-Hernandez, aka Pedro Villa-Garcia, aka Benito Villa, was removed from the United States subsequent to October 11, 2006.

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney