```
                                              FILED
                                          08 JAN -9 PM 3:19

                                          BY:    PO
                                                       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0063    LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PEDRO GARCIA,<br>  aka Pedro Garcia-Hernandez,<br>  aka Pedro Villa-Garcia,<br>  aka Benito Villa,<br><br>  Defendant. | Criminal Case No. _____<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Pedro Garcia, aka Pedro Garcia-Hernandez, aka Pedro Villa-Garcia, aka Benito Villa, Criminal Case No. 07CR3183-LAB.

DATED: January 9, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney