**CAREY D. GORDEN**
California State Bar No. 236251
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0063-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: FEBRUARY 4, 2008 |
| | ) | TIME: 2:00 P.M. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS |
| PEDRO GARCIA, | ) | TO: |
| | ) | |
| Defendant. | ) | (1)  SUPPRESS STATEMENTS; |
| | ) | (2)  COMPEL DISCOVERY/PRESERVE |
| | ) |      EVIDENCE AND |
| | ) | (3)  GRANT LEAVE TO FILE FURTHER |
| | ) |      MOTIONS |

TO: KAREN HEWITT, UNITED STATES ATTORNEY; AND
    CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 4, 2008 at 2:00 p.m, or as soon thereafter as counsel may be heard, defendant, Pedro Garcia, by and through his attorneys, Carey D. Gorden and Federal Defenders of San Diego Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

08CR0063-LAB

# **MOTIONS**

Defendant, Pedro Garcia, by and through his attorney, Carey D. Gorden and Federal Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Suppress Statements;
(2) Compel Discovery/Preserve Evidence; and
(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated:     January 14, 2008

/s/ Carey D. Gorden
**CAREY D. GORDEN**
Attorney for Mr. Garcia
carey_gorden@fd.org