**CAREY D. GORDEN**
California State Bar No. 236251
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0063-LAB |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| PEDRO GARCIA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Caroline Han
Caroline.Han@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

Respectfully submitted,

Dated:   January 14, 2008

/s/ Carey D. Gorden
**CAREY D. GORDEN**
Attorney for Mr. Garcia
carey_gorden@fd.org

08CR0063-LAB