| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID L. KATZ |
| | Assistant United States Attorney |
| 3 | California State Bar No. 141295 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-5226 / Fax: (619) 235-2757 |
| | Email: David.Katz@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0063-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO SHORTEN TIME |
| v. | ) | |
| | ) | |
| PEDRO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The Government requests an order shortening time to February 1, 2008, to file its response and opposition to defendant's motions to:  (1) compel discovery; (2) suppression of statements; and (3) grant leave to file further motions.

This application is made for the following reasons:

1. Undersigned Government counsel has been in two (2) back-to-back trials since the aforementioned defendant's motions were efiled.

2. Further, a third case was just set for trial for February 12, 2008, in the case of U.S. v. Carlos Oliva-Reyes, Case No. 07cr1907-W, in which had to be prepared to go forward.

3. Undersigned Government counsel had to prepare motion responses in several other cases and due to a viral infection, had to be out of the office a couple of times during the last two weeks.

//

1 | As a result, the undersigned Government counsel was unable to file this response and
2 | opposition in a timely fashion.
3 | DATED: February 1, 2008.
4 | Respectfully submitted,
5 | KAREN P. HEWITT
United States Attorney
6 |
7 | s/*David L. Katz*
DAVID L. KATZ
Assistant United States Attorney
8 | Email: David.Katz@usdoj.gov

1
2            UNITED STATES DISTRICT COURT
3            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PEDRO GARCIA,<br><br>Defendant. | Case No. 08CR0063-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, DAVID L. KATZ, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **MOTION TO SHORTEN TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.     Carey D. Gorden, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2008.

s/*David L. Katz*
DAVID L. KATZ
Assistant United States Attorney