1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                         SOUTHERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,              )        Case No. 08CR0063-LAB
9                                       )
                    Plaintiff,          )
10              v.                      )
                                        )        ORDER
11   PEDRO GARCIA,                      )
                                        )
12                   Defendant.         )
     _____)

13

14          Upon application of the Government and good cause appearing thereof,

15          IT IS HEREBY ORDERED that the Government's response and opposition to defendant's

16   motions be filed on February 1, 2008.

17          SO ORDERED.

18          DATED:  February 4, 2008.

19

20                                                    _____
                                                      HONORABLE LARRY ALAN BURNS
21                                                    United States District Judge

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

05cr2250