**CAREY D. GORDEN**
California State Bar No. 236251
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone:  (619) 234-8467

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>**PEDRO GARCIA,**<br><br>                    Defendant. | Case No. 08CR0063-LAB<br><br>DATE:        February 25, 2008<br>TIME:              2:00 p.m.<br><br>NOTICE OF MOTIONS *IN LIMINE* AND MOTIONS *IN LIMINE*: |

1)  TO EXCLUDE DEPORTATION DOCUMENTS;
2)  TO PROHIBIT EVIDENCE UNDER FED. R. EVID. 404(B) AND 609;
3)  TO ALLOW ATTORNEY-CONDUCTED VOIR DIRE;
4)  TO PROHIBIT WITNESSES FROM REFERRING TO MR. GARCIA AS "THE ALIEN";
5)  PRODUCE GRAND JURY TRANSCRIPTS;
6)  TO SUPPRESS THE DEPORTATION HEARING AUDIOTAPE OR TRANSCRIPT;
7)  TO PRECLUDE EXPERT TESTIMONY;
8)  TO PRECLUDE EVIDENCE OF REINSTATEMENTS;
9)  PROHIBIT EVIDENCE OF DRUG-USE; AND
10) ALLOW LEAVE TO FILE FURTHER MOTIONS.

//

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        DAVID KATZ, ASSISTANT UNITED STATES ATTORNEY:

        PLEASE TAKE NOTICE that on February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Pedro Garcia, by and through his attorneys, Carey D. Gorden and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions *in limine* listed below.

## MOTIONS *IN LIMINE*

        Pedro Garcia, the defendant in this case, by and through his attorneys, Carey D. Gorden and Federal Defenders of San Diego, Inc., pursuant to the Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1.   Exclude deportation documents;
2.   Prohibit evidence under Fed. R. Evid. 404(b) and 609 evidence;
3.   Allow attorney-conducted *voir dire*;
4.   Prohibit witnesses from referring to Mr. Garcia as "the alien"
5.   Produce grand jury transcripts;
6.   Suppress the deportation hearing audiotape or transcript;
7.   Preclude expert testimony;
8.   Preclude evidence of reinstatements;
9.   Prohibit drug-use; and
10.  To allow leave to file further motions.

        These motions are based upon the instant motions and notice of motions *in limine*, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may be adduced at the time of the hearing on these motions.

                                        Respectfully submitted,


                                         /s/ *Carey D. Gorden*
Dated:  February 11, 2008               **CAREY D. GORDEN**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Garcia