1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Pedro Garcia

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08CR0063-LAB |
| 12    Plaintiff, ) | |
| 13 v. ) | **CERTIFICATE OF SERVICE** |
| 14 PEDRO GARCIA, ) | |
| 15    Defendant. ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    David Lawrence Katz
     David.Katz@usdoj.gov,Leticia.Granada@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21                                   Respectfully submitted,

23 DATED:       February 11, 2008          /s/ Carey D. Gorden
                                           **CAREY D. GORDEN**
24                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Pedro Garcia