1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Pedro Garcia

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LARRY A. BURNS)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08CR0063-LAB
12 |           Plaintiff,      | ) |
13 | v.                        | ) | **CERTIFICATE OF SERVICE**
14 | PEDRO GARCIA,             | ) |
15 |           Defendant.      | ) |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    David Lawrence Katz
       David.Katz@usdoj.gov,Leticia.Granada@usdoj.gov,efile.dkt.gc1@usdoj.gov

21                                      Respectfully submitted,

23 DATED:     February 19, 2008         /s/ Carey D. Gorden
                                        **CAREY D. GORDEN**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Pedro Garcia