KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228 / (619) 557-6741(Fax)
Email: stewart.young@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 3:08-CR-0063-LAB |
| Plaintiff, | ) ) | DATE: February 25, 2008 |
| v. | ) ) | TIME: 9:30 a.m. |
| PEDRO GARCIA, | ) ) | MOTION FOR ORDER SHORTENING TIME |
| Defendant. | ) ) | |

The United States moves this Court for an order shortening time to Respond to Defendant's Motions in Limine to one (1) day, to be heard February 25, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for the following reason:

(1) The undersigned Assistant United States Attorney was assigned this case this week, and undersigned counsel has been preparing for trial for next week and responding to a motion for a new trial due today, February 22, 2008, at noon.

DATED: February 22, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Stewart M. Young
Stewart M. Young
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:08-CR-0063 LAB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| PEDRO GARCIA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Stewart M. Young, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Motion for Order Shortening Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Carey Gorden, Esq.
Carey_gorden@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2008.

s/Stewart M. Young
Stewart M. Young

2