# EXHIBIT A

Case 3:08-cr-00063-LAB   Document 20-2   Filed 02/25/2008   Page 1 of 5

DAVID E. YOCOM
District Attorney for Salt Lake County
JOHN N. SPIKES, 3062
Deputy District Attorney
231 East 400 South, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 363-7900

99 AUG -3 PM 3:54

**CO-DEFT**

IN THE THIRD DISTRICT COURT, SALT LAKE DEPARTMENT

IN AND FOR THE COUNTY OF SALT LAKE, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH,<br><br>  Plaintiff,<br><br>-vs-<br><br>**PEDRO GARCIA**<br>DOB 07/08/72,<br>AKA **NONE**<br>**1700 South Redwood Road**<br>**Unknown**<br>OTN 10679678<br>SO# 238282<br><br>  Defendant.<br>Co-Defendant<br>Raul Moreno DAO# 99013761 | Screened by: J. Spikes<br>Assigned to: Cy H. Castle<br>DAO # 99013762<br><br>BAIL: $5,000<br>Warrant/Release: CDR<br><br>**INFORMATION**<br><br>Case No. **9919 IS131 FS** |

The undersigned Detective Siebert - Salt Lake City Area Gang Project, Agency Case No. 99-140353, under oath states on information and belief that the defendant committed the crime of:

COUNT I                                                                                                   CLASS A Misd

UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE, a ~~Third Degree Felony~~, at 316 South Cheyenne Street, in Salt Lake County, State of Utah, on or about July 14, 1999, in violation of Title 58, Chapter 37, Section 8(2)(a)(i), Utah Code Annotated 1953, as amended, in that the defendants, PEFRO GARCIA and RAUL MORENO, as parties to the offense, did knowingly and intentionally have in their possession a controlled substance, to-wit: Cocaine, a Schedule II Controlled Substance.

THIS INFORMATION IS BASED ON EVIDENCE OBTAINED FROM THE FOLLOWING WITNESSES:

Detective Seibert, Officer Wind, Detective Howell, Officer Knight, and Officer Neves.

INFORMATION
STATE OF UTAH v. **PEDRO GARCIA**
DAO No. 99013762
Page 2


PROBABLE CAUSE STATEMENT:

Your affiant bases this Information upon the following:

1.  The statement of Salt Lake City Police Detective T. Siebert that on July 14, 1999, he observed a car traveling at a high rate of speed at 300 South 1000 West, Salt Lake County, Utah. Detective Siebert activated the emergency equipment on his vehicle, and observed the front seat passenger bend over and place his hands underneath the dashboard. Detective Siebert stopped the vehicle at 316 South Cheyenne Street, and contacted the occupants, including the driver, defendant Pedro Garcia, and rear seat passenger, defendant Raul Moreno. Detective Siebert requested identification from Moreno, who stated that his name was Sal Salas. It was later determined that Moreno's true name is Raul Moreno, and that he had an outstanding Warrant for his arrest.

Detective Siebert asked Garcia what the front seat passenger had been doing, but Garcia did not answer. Detective Siebert asked Garcia if he could search the car for weapons, and Garcia agreed.

2.  The statement of Officer J. Knight that a search of the car revealed a bag containing a white powder.

3.  The post-*Miranda* statements of both defendants, to Detective Siebert, that the powder in the bag is Cocaine. Both defendants also admitted that the Cocaine belongs to them.

```
                                    _____
                                    DETECTIVE SIEBERT
                                    Affiant

                                    Subscribed and sworn to before me this  9
                                    day of August, 1999.

                                    _____
                                    MAGISTRATE                    A. DEVER
```

Authorized for presentment and filing:

DAVID E. YOCOM, District Attorney

_____
Deputy District Attorney
August 5, 1999
ddo/99013762

# Third District Court, State of Utah

SALT LAKE COUNTY, SALT LAKE DEPARTMENT
450 South State Street, P.O. Box 1860, Salt Lake City, Utah 84111 - 1860

## SENTENCE/JUDGMENT/COMMITMENT/ORDER
### Criminal/Traffic

CITY/STATE  Plaintiff    Case Number  99915931

-VS-    Tape number _____ C # _____
        Date  9/24/99   Time _____

Pedro Garcia    Judge/Comm  JAL
        Defendant    Clerk  GB

DOB: ___/___/___    Plaintiff Counsel _____
Interpreter _____    Defense Counsel _____
CHARGES _____    Amended _____
_____    Amended _____

**THE COURT SENTENCED THE DEFENDANT AS FOLLOWS:**

(1) Jail  180 days    Suspended  all
    Defendant to Commence Serving Jail Sentence _____
(2) Fine Amt. $ 300-    Susp. $ _____    Fee $ _____    Fine Bal $ 1000-

Payment Schedule: Pay $ 75-  per month/1st Pmt. Due  10/25/99    TOTAL FINE(S) DUE $ 1000-
                                                                 Last Pmt. Due 5/25/2000

(3) Court Costs  $ _____
(4) Community Service/WP _____  through _____
(5) Restitution  $ _____  Pay to: ☐ Court  ☐ Victim  ☐ Show Proof to Court
    Attorney Fees $ 100-
(6) Probation  18 mo  ☐ Good Behavior  ☐ AP&P  ☒ ACEC  ☐ Other
(7) Terms of probation:

   ☒ No Further Violations             ☒ Counseling thru _____
   ☐ AA Meetings ___/wk ___/month      ☒ Classes  A&D
   ☒ Follow Program  report regularly  ☐ In/Out Treatment _____
   ☐ No Alcohol                        ☐ Health Testing _____
   ☐ Antibuse                          ☐ Crime Lab Procedure
   ☐ Employment _____                 ☐ _____
   ☐ Proof of _____                   ☐ _____

(8) Plea in Abeyance Diversion _____
(9) Review ___/___/___ at _____

In compliance with the Americans with Disabilities Act, individuals needing special accommodations (including auxiliary communicative aids and services) during this proceeding should call Third District Court at 238-7391, at least three working days prior to the proceeding.

District Court Judge

**APPEAL MUST BE FILED WITHIN 30 DAYS OF JUDGEMENT**
**INTEREST WILL BE ADDED IF FINE AND/OR RESTITUTION NOT PAID IN FULL TODAY**

THIRD DISTRICT COURT-SALT LAKE
SALT LAKE COUNTY, STATE OF UTAH

STATE OF UTAH vs. PEDRO GARCIA

CASE NUMBER 991915931 State Felony

---

CHARGES

    Charge 1 - 58-37-8(2AI) - ATTEMPTED ILLEGAL POSS/USE OF CONTROLLED SUBSTANCE (amended)
    Attributes: Drug Schedule 2.
        Class A Misdemeanor    Plea: September 21, 1999 Guilty
        Disposition: September 21, 1999 Guilty Plea

CURRENT ASSIGNED JUDGE
    ROGER A. LIVINGSTON

PARTIES

    Plaintiff -  STATE OF UTAH

    Defendant - PEDRO GARCIA
    Represented by: DAVID S KOTTLER

DEFENDANT INFORMATION

    Defendant Name: PEDRO GARCIA
    Offense tracking number: 10679678
    Date of Birth: July 08, 1972
    Jail Booking Number: 10679678
    Law Enforcement Agency: METRO GANG UNIT
    LEA Case Number: 99-140353
    Prosecuting Agency: SALT LAKE COUNTY
    Agency Case Number: DAO99013762
    Sheriff Office Number: 238282
    Violation Date: July 14, 1999

ACCOUNT SUMMARY

    TOTAL REVENUE    Amount Due:         532.33
                    Amount Paid:           0.00
                        Credit:           0.00
                       Balance:         532.33

    PAPER BOND TOTALS  Posted:       1,000.00
                      Forfeited:           0.00
                    Exonerated:       1,000.00
                     Balance:           0.00

    TRUST TOTALS     Trust Due:         100.00
                  Amount Paid:           0.00

Printed: 08/30/00 15:38:29          Page 1