# EXHIBIT B

SO # 238282  OTN 10734770
DAO #99017766

IN THE THIRD DISTRICT COURT, SALT LAKE DEPARTMENT

IN AND FOR THE COUNTY OF SALT LAKE, STATE OF UTAH

| THE STATE OF UTAH,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO GARCIA-HERNANDEZ,<br>DOB 07/08/72<br>OTN 10734770<br><br>Defendant. | Before: __ANTHONY B. QUINN__<br>Magistrate<br><br>**WARRANT OF ARREST**<br><br>Case No. 9919 21150 FS |
|---|---|

THE STATE OF UTAH;

To any Peace Officer in the State of Utah, Greetings:

An Information, upon oath, having been this day made before me by Detective S. Bailess - Salt Lake County Sheriff's Office, Agency Case No. 99-123693, and it appears from the Information or Affidavit filed with the Information, that there is probable cause to believe that the public offense of;

UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE OR COUNTERFEIT SUBSTANCE WITH INTENT TO DISTRIBUTE, a Second Degree Felony, has been committed, and that PEDRO GARCIA-HERNANDEZ has committed it.

**YOU ARE THEREFORE COMMANDED** to arrest the above-named defendant forthwith and bring the defendant before this Court, or before the nearest or most accessible magistrate for setting bail. If the defendant has fled justice, you shall pursue the defendant into any other county of this state and there arrest the defendant. The Court finds reasonable grounds to believe defendant will not appear upon a summons.

Bail is set in the amount of $10,000.

Dated this 26 day of October, A.D. 1999.

This Warrant may be served day or night.

MAGISTRATE ANTHONY B. QUINN

Served: Date: _____    By: _____

DAVID E. YOCOM
District Attorney for Salt Lake County
JOHN N. SPIKES, 3062
Deputy District Attorney
231 East 400 South, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 363-7900

CO-DEFT

IN THE THIRD DISTRICT COURT, SALT LAKE DEPARTMENT

IN AND FOR THE COUNTY OF SALT LAKE, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH,<br><br>    Plaintiff,<br><br>-vs-<br><br>**PEDRO GARCIA-HERNANDEZ**<br>DOB **07/08/72**,<br>AKA **NONE**<br>**1966 South View Street, #A**<br>**Unknown**<br>OTN **10734770**<br>SO# **238282**<br><br>    Defendant.<br>Co-Defendants<br>Julian Ruiz DAO# 9907767<br>Jaime Valencia DAO# 99017758 | Screened by: J. Spikes<br>Assigned to: TBAM<br>DAO # 99017766<br><br>BAIL: $10,000<br>Warrant/Release: CDR<br><br>ANTHONY B. QUINN<br><br>**I N F O R M A T I O N**<br><br>Case No.<br><br>9919 21150 FS |

The undersigned Detective S. Bailess - Salt Lake County Sheriff's Office, Agency Case No. 99-123693, under oath states on information and belief that the defendant committed the crime of:

COUNT I  *Third*
UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE OR CO~~UNTERFEIT~~ SUBSTANCE W~~ITH INTENT TO DISTRIBU~~TE, a ~~Second~~ Degree Felony, at 1966 South View Street, in Salt Lake County, State of Utah, on or about September 14, 1999, in violation of Title 58, Chapter 37, Section 8(1)(a)(iii), Utah Code Annotated 1953, as amended, in that the defendants, **JULIAN RUIZ, PEDRO GARCIA-HERNANDEZ, and JAIME VALENCIA**, as parties to the offense, did knowingly and intentionally have in their possession a controlled or counterfeit substance, to-wit: Cocaine, a Schedule II Controlled Substance, ~~with intent to distribute~~.



INFORMATION
STATE OF UTAH v. **PEDRO GARCIA-HERNANDEZ**
DAO No. 99017766
Page 2

THIS INFORMATION IS BASED ON EVIDENCE OBTAINED FROM THE FOLLOWING WITNESSES:

    Detective Broadhead, Detective Mazuran, Deputy VanWagoner, State Toxicologist, and Evidence Custodian.

PROBABLE CAUSE STATEMENT:

    Your affiant bases this Information upon the following:

1.     The statement of Salt Lake County Sheriff's Detective Broadhead that he was monitoring a possible drug activity at 1966 South View Street, Salt Lake County, Utah. He followed a vehicle, which was travelling in an erratic manner and speeding. Detective Broadhead stopped the vehicle and immediately observed a large clear plastic bag containing approximately ¼ kilo of a white powder substance laying on the front seat between the diver, the defendant Julian Ruiz, and the front passenger, the defendant Pedro Garcia-Hernandez.

    Detective VanWagoner found an additional bag of suspected cocaine under the leg of Garcia-Hernandez. There was a cell phone ring continuously on the front seat of the vehicle. In one 90-minute period, the phone display showed 96 unanswered calls. There was a second cellular phone recovered from the rear seat of the vehicle, where the defendant Jaime Valencia was sitting. This phone also rang several times, displaying 23 unanswered calls. The suspected controlled substance field-tested positive for cocaine.

    Upon removing the defendants from the vehicle, Detective VanWagoner located an additional bag of field-tested cocaine.

INFORMATION
STATE OF UTAH v. **PEDRO GARCIA-HERNANDEZ**
DAO No. 99017766
Page 3

    Detective Broadhead took the defendants back to the residence, and during a consent search he found a box containing 110 grams of field-tested positive cocaine and a digital scale.

                                                          DETECTIVE S. BAILESS
                                                          Affiant

Subscribed and sworn to before me this 26 day of October, 1999.

MAGISTRATE

Authorized for presentment and filing:

DAVID E. YOCOM, District Attorney

Deputy District Attorney
October 25, 1999
ddo/99017766

IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH
EN EL TRIBUNAL JUDICIAL DEL TERCER DISTRITO
CONDADO DE SALT LAKE, ESTADO DE UTAH

| | | |
|---|---|---|
| THE STATE OF UTAH, <br> EL ESTADO DE UTAH, | : | STATEMENT OF DEFENDANT, <br> CERTIFICATE OF COUNSEL AND ORDER <br> EL DOCUMENTO DECLARATORIO DEL <br> ACUSADO, LOS CERTIFICADOS DE LOS <br> ABOGADOS Y LA ORDEN DEL JUEZ |
| Plaintiff, <br> El Demandante, | : | |
| versus <br> contra | : | CASE NO.  991921150 <br> N° DE CASO |
| Pedro Garcia-Hernandez <br> Defendant <br> El Acusado | : | |

COMES NOW _Pedro Garcia-Hernandez_, the defendant in this case, and hereby acknowledges and certifies the following:
COMPARECE _____, el acusado en este caso, y por este medio reconoce y certifica lo siguiente:

I am entering a plea of guilty to the following crime(s):
Me declaro culpable del siguiente delito(s):

| | CRIME & STATUTORY PROVISION <br><br> EL DELITO Y LA DISPOSICION ESTABLECIDA POR LA LEY | DEGREE <br><br><br> GRADO | PUNISHMENT <br> Min/Max and/or <br> Minimum Mandatory <br> EL CASTIGO <br> Mínimo, máximo y/o <br> mínimo obligatorio |
|---|---|---|---|
| A. | Possession of a Controlled Substance, Cocaine | Felony, 3rd | 0-5 yr <br> $5,000 |
| B. | | | |
| C. | | | |
| D. | | | |

3/18/99

-2-

I have received a copy of the Information against me, I have read it, and I understand the nature and elements of the offense(s) for which I am pleading guilty.
He recibido una copia del Documento Acusatorio, la he leído, y entiendo la naturaleza y los elementos del delito(s) por el cual me declaro culpable.

The elements of the crime(s) of which I am charged are as follows:
Los elementos del delito(s) del cual se me acusa son los siguientes:

that I, Pesdo Garcia Hernandez in Salt Lake County on the date listed in the information did knowingly possess a controlled substance, to wit, Cocaine

My conduct and the conduct of other persons for which I am criminally liable that constitutes the elements of the crime(s) charged is as follows:
Mi conducta y la conducta de otras personas por la cual soy penalmente responsable, y que constituye los elementos del delito(s) imputado, es la siguiente:

I possessed cocaine

I am entering this/these plea(s) voluntarily and with knowledge and understanding of the following facts:
Doy entrada a esta declaración(es) voluntariamente y con el conocimiento y el entendimiento de la siguiente información:

1. I know that I have the right to be represented by an attorney and that if I cannot afford one, an attorney will be appointed by the Court at no cost to me. I recognize that a condition of my sentence may be to require me to pay an amount, as determined by the Court, to recoup the cost of counsel if so appointed for me.
1. Sé que tengo el derecho a ser representado por un abogado, y si no tengo los fondos para contratar uno, el tribunal me asignará un abogado sin cobrarme. Reconozco que una condición de mi pena puede ser que se me requiera pagar una cantidad, determinada por el tribunal, para reembolsar el costo del abogado, si es que se me asignara uno.

2. I (have not) (have) waived my right to counsel. If I have waived my right to counsel, I have done so knowingly, intelligently, and voluntarily for the following reasons:
2. (No he) (he) renunciado al derecho a tener un abogado. Si he renunciado al derecho a tener un abogado, lo he hecho a sabiendas, inteligente y voluntariamente por las siguientes razones:

-3-

_____   _____
_____
_____
_____
_____
_____

    3. **If I have waived my right to counsel, I have read this statement and understand the nature and elements of the charges, my rights in this case and other proceedings, and the consequences of my plea of guilty.**
    3. Si he renunciado al derecho a tener un abogado, he leído este documento y entiendo la naturaleza y los elementos de los cargos, mis derechos en este caso y otros actos procesales, y las consecuencias de mi declaración de culpabilidad.

    4. **If I have not waived my right to counsel, my attorney is** Dean Zabriskie – Dana Facemyer**, and I have had an opportunity to fully discuss this statement, my rights, and the consequences of my guilty plea with my attorney.**
    4. Si no he renunciado al derecho a tener un abogado, mi abogado es _____, y he tenido la oportunidad de hablar con mi abogado en detalle sobre este documento, mis derechos y las consecuencias de mi declaración de culpabilidad.

    5. **I know that I have a right to a speedy trial in open court by an impartial jury and that I am giving up that right by pleading guilty.**
    5. Sé que tengo el derecho a tener un juicio público sin demora ante un jurado imparcial, y que al declararme culpable renuncio a ese derecho.

    6. **I know that if I wish to have a trial, I have the right to confront and cross-examine witnesses against me or to have them cross-examined by my attorney. I also know that I have the right to compel my witness(es) by subpoena at State expense to testify in court in my behalf. I understand that I am giving up these rights if I plead guilty.**
    6. Sé que si deseo tener un juicio, tengo el derecho a carear y repreguntar a los testigos en mi contra, o hacer que mi abogado les repregunte. También sé que tengo el derecho a obligar a mis testigo(s), por medio de un citatorio costeado por el Estado, a testificar a mi favor en el tribunal. Entiendo que al declararme culpable renuncio a estos derechos.

    7. **I know that I have a right to testify in my own behalf; but if I choose not to do so, I cannot be compelled to testify or give evidence against myself; and no adverse inferences will be drawn against me if I do not testify. I understand that I am giving up these rights if I plead guilty.**
    7. Sé que tengo el derecho a testificar a mi favor, pero si elijo no hacerlo, no se me puede obligar a testificar o a dar pruebas en mi contra, y ninguna inferencia desfavorable se sacará en mi contra si no testifico. Entiendo que al declararme culpable renuncio a estos derechos.

    8. **I know that if I wish to contest the charge against me, I need only plead "not guilty," and the matter will be set for trial. At the trial the State of Utah will have the burden of proving each element of the charge beyond a reasonable doubt. If the trial is before a jury, the verdict must be unanimous.**
    8. Sé que si deseo disputar la acusación, sólo necesito declararme inocente y el asunto se fijará para un juicio. En el juicio el Estado de Utah tendrá la obligación de probar cada elemento de la acusación sin que quepa duda razonable. Si el juicio es ante un jurado, el veredicto tiene que ser unánime.

-4-

9. I understand the fact that as a defendant I enjoy the right of a presumption of innocence. I understand that I am presumed innocent until the State proves my guilt beyond a reasonable doubt, if this case is tried to a jury, or until I plead guilty. I understand that I give up the right to the presumption of innocence if I plead guilty.

9. Entiendo que como acusado gozo del derecho a la presunción de inocencia. Entiendo que se supone que soy inocente hasta que el Estado pruebe en un juicio ante un jurado que soy culpable sin que quepa duda razonable, o hasta que me declare culpable si decido no tener un juicio. Entiendo que renuncio al derecho a la presunción de inocencia si me declaro culpable.

10. I know that under the Constitution of Utah, if I were tried and convicted by a jury or by the Judge, I would have the right to appeal my conviction and sentence to the Utah Court of Appeals or, where allowed, the Utah Supreme Court and that if I could not afford to pay the costs for such appeal, those costs would be paid by the State. I understand that I am giving up these rights if I plead guilty.

10. Sé que bajo la Constitución de Utah, si el jurado o el Juez me enjuiciara y condenara, tendría el derecho a apelar mi condena y pena en la Corte de Apelaciones de Utah o, donde se permita, en la Corte Suprema de Utah, y si no tuviera los fondos para pagar por los gastos de tal apelación, esos gastos los pagaría el Estado. Entiendo que renuncio a estos derechos si me declaro culpable.

11. I know the maximum sentence that may be imposed for each offense to which I plead guilty. I know that by pleading guilty to an offense that carries a minimum mandatory sentence, I will be subjecting myself to serving a minimum mandatory sentence for that offense. I know that the sentence may be consecutive and may be for a prison term, fine, or both. I know that in addition to a fine, an eighty-five percent (85%) surcharge will be imposed. I also know that I may be ordered by the Court to make restitution to any victim(s) of my crimes, including any restitution that may be owed on charges that are dismissed, if any, as a result of this plea agreement.

11. Sé cual es la pena máxima que se puede imponer por cada delito por el cual me declaro culpable. Sé que al declararme culpable de un delito que lleva una pena mínima obligatoria, me estaré sometiendo a cumplir esa pena mínima obligatoria por ese delito. Sé que las penas pueden ser consecutivas y pueden consistir en una condena penitenciaria, una multa, o ambas. Sé que además de una multa, se impondrá un recargo de ochenta y cinco por ciento (85%). También sé que el Juez me puede ordenar indemnizar a cualquier víctima(s) de mis delitos, incluyendo cualquier restitución que se deba en los cargos retirados como resultado de este convenio declaratorio, si éstos existieran.

12. I know that imprisonment may be for consecutive periods, or the fine for an additional amount if my plea is to more than one charge. I also know that if I am on probation or parole, or awaiting sentencing on another offense of which I have been convicted or to which I have pled guilty, my plea in the present action may result in consecutive sentences being imposed upon me.

12. Sé que el encarcelamiento puede ser por períodos consecutivos, o la multa en una cantidad adicional, si me declaro culpable de más de un delito. También sé que si estoy bajo libertad condicional probatoria ("probation"), o libertad preparatoria ("parole"), o esperando la imposición de la pena por otro delito del cual he sido condenado o por el cual me he declarado culpable, mi declaración de culpabilidad en la presente acción puede resultar en que se me impongan penas consecutivas.

13. I know and understand that by pleading guilty, I am waiving and giving up my statutory and constitutional rights set out in the preceding paragraphs. I also know that by entering such plea(s), I am admitting and do so admit that I have committed the conduct alleged and that I am guilty of the crime(s) for which my plea(s) is/are entered.

13. Sé y entiendo que al declararme culpable renuncio a los derechos legales y constitucionales enumerados en los párrafos anteriores. También sé que al dar entrada a tal declaración(es), admito que he cometido la conducta que se alega y que soy culpable del delito(s) por el cual se da entrada a mi declaración(es).

14. My plea(s) of guilty (is) (is not) the result of a plea bargain between myself and the prosecuting attorney. The promises, duties, and provisions of this plea bargain, if any, are fully contained in this statement.

14. Mi declaración de culpabilidad (es) (no es) el resultado de un convenio declaratorio entre el abogado acusador y yo. Las promesas, obligaciones y estipulaciones de este convenio declaratorio, si existen algunas, se encuentran en su totalidad en este documento.

15. I know and understand that any motion to withdraw my plea(s) of guilty must be for good cause, in writing, and must be filed within thirty (30) days after entry of my guilty plea.

15. Sé y entiendo que cualquier petición para retirar mi declaración(es) de culpabilidad ha de interponerse dentro de treinta (30) días después de dar entrada a dicha declaración(es), y esto ha de ser por escrito, y debe existir causa justificada.

16. I know that any charge or sentencing concession, or recommendation of probation or suspended sentence, including a reduction of the charges for sentencing, made or sought by either defense counsel or the prosecuting attorney, is not binding on the Judge. I also know that any opinions they express to me as to what they believe the Court may do are also not binding on the Court.

16. Sé que el Juez no tiene que regirse por cualquier concesión de cargo o de pena, o recomendación de libertad condicional probatoria o pena suspendida, incluyendo una reducción de los cargos para la imposición de la pena hecha o solicitada por el abogado defensor o el abogado acusador. También sé que el Juez tampoco tiene que regirse por cualquier opinión que me expresen en cuanto a lo que ellos crean que pueda hacer el Juez.

17. No threats, coercion, or unlawful influence of any kind has been made to induce me to plead guilty, and no promises except those contained in this statement have been made to me.

17. No se me ha amenazado, coaccionado, o influenciado ilegalmente para inducirme a declararme culpable, y no se me ha hecho ninguna promesa excepto las contenidas en este documento.

18. I have read this statement, or I have had it read to me by my attorney, and I understand its provisions. I know that I am free to change or delete anything contained in this statement. I do not wish to make any changes because all of the statements are correct.

18. He leído este documento, o mi abogado me lo ha leído, y entiendo sus estipulaciones. Sé que puedo cambiar o tachar cualquier cosa contenida en este documento. No deseo hacer ningún cambio porque todas las afirmaciones son correctas.

19. I am satisfied with the advice and assistance of my attorney.
19. Estoy satisfecho con el asesoramiento y la ayuda de mi abogado.

20. I am _27_ years of age; I have attended school through the _10th_ grade; and I can read and understand the English language. If I do not understand English, an interpreter has been provided to me. I was not under the influence of any drugs, medication, or intoxicants which would impair my judgment when the decision was made to enter the plea(s). I am not presently under the influence of any drug, medication, or intoxicants which impair my judgment.

20. Tengo _____ años de edad, he asistido a la escuela hasta el _____ grado y puedo leer y entender español. Si no entiendo inglés, se me ha proporcionado un intérprete. No estaba bajo la influencia de ninguna droga, medicamento o bebida alcohólica que pudiera perjudicar mi criterio cuando se tomó la decisión de dar entrada a la declaración(es). Actualmente no estoy bajo la influencia de ninguna droga, medicamento o bebida alcohólica que perjudique mi criterio.

-6-

21. I believe myself to be of sound and discerning mind; mentally capable of understanding the proceedings and the consequences of my plea; and free of any mental disease, defect, or impairment that would prevent me from knowingly, intelligently, and voluntarily entering my plea.

21. Creo estar en sano juicio, con capacidad mental de entender los actos procesales y las consecuencias de mi declaración, y libre de cualquier enfermedad mental, defecto o impedimento que me previniera dar entrada a mi declaración a sabiendas, inteligente y voluntariamente.

22. Other:
22. Añadido:

_____
_____
_____
_____

Dated this __1__ day of __MAY__, ~~1999~~ 2000

Fechado el día _____ del mes de _____ de 1999.

*Pedro H. Garcia* (signature)

**DEFENDANT**
EL ACUSADO

**CERTIFICATE OF DEFENSE ATTORNEY**
EL CERTIFICADO DEL ABOGADO DEFENSOR

I certify that I am the attorney for *Pedro Garcia Hernandez*, the defendant above, and that I know he/she has read the statement or that I have read it to him/her; and I have discussed it with him/her and believe that he/she fully understands the meaning of its contents and is mentally and physically competent. To the best of my knowledge and belief, after an appropriate investigation, the elements of the crime(s) and the factual synopsis of the defendant's criminal conduct are correctly stated; and these, along with the other representations and declarations made by the defendant in the foregoing affidavit, are accurate and true.

Certifico que soy el abogado de _____, el antedicho acusado(a), y sé que él (ella) ha leído el documento, o que se lo he leído yo, y lo he discutido con él (ella), y creo que entiende el significado del contenido en su totalidad, y creo que está mental y físicamente competente. A mi leal saber y entender, después de una investigación apropiada, los elementos del delito(s) y la sinopsis factual de la conducta delictiva del acusado están estipulados correctamente, y éstos, junto con las otras proclamaciones y afirmaciones hechas por el acusado en el affidávit anterior, son certeros y verdaderos.

(signature) #7714

Attorney for Defendant / Bar No.
El Abogado del Acusado / N° de Abogacía

-7-

## CERTIFICATE OF PROSECUTING ATTORNEY
EL CERTIFICADO DEL ABOGADO ACUSADOR

  I certify that I am the attorney for the State of Utah in the case against _____, defendant. I have reviewed this Statement of Defendant and find that the factual basis of the defendant's criminal conduct which constitutes the offense(s) is true and correct. No improper inducements, threats, or coercion to encourage a plea has been offered defendant. The plea negotiations are fully contained in the Statement and in the attached Plea Agreement or as supplemented on the record before the Court. There is reasonable cause to believe that the evidence would support the conviction of the defendant for the offense(s) for which the plea(s) is/are entered and that the acceptance of the plea(s) would serve the public interest.

  Certifico que soy el abogado del Estado de Utah en la causa en contra de _____, el acusado. He revisado este Documento Declaratorio del Acusado y encuentro que la base factual de la conducta delictiva del acusado que constituye el delito es verdadera y correcta. No se le ha ofrecido al acusado ningún incentivo inapropiado, amenaza o coacción para alentar una declaración de culpabilidad. Las negociaciones declaratorias se encuentran en su totalidad en el Documento y en el Convenio Declaratorio, o como complemento en las actas del tribunal. Existe motivo fundado para creer que la prueba respaldaría la condena del acusado por el delito(s) ante el cual se da entrada a la declaración(es), y la aceptación de esta declaración(es) beneficiaría a la ciudadanía.

_[signature]_  2939
Prosecuting Attorney / Bar No.
El Abogado Acusador / N° de Abogacía

## ORDER
LA ORDEN DEL JUEZ

  Based on the facts set forth in the foregoing Statement and the certification of the defendant and counsel, the Court witnesses the signatures and finds the defendant's plea(s) of guilty is freely and voluntarily made, and it is so ordered that the defendant's plea(s) of guilty to the charge(s) set forth in the Statement be accepted and entered.

  Basado en los hechos presentados en el Documento anterior y la certificación del acusado y de los abogados, el Juez atestigua las firmas y determina que la declaración(es) de culpabilidad del acusado se hace libre y voluntariamente, y así se ordena que la declaración(es) de culpabilidad del acusado por el cargo(s) expuesto en el Documento sea aceptada y asentada.

Dated this ___9___ day of ___May___, 1999.

Fechado el día _____ de _____ de 1999.

_[signature]_
DISTRICT COURT JUDGE
El JUEZ DEL TRIBUNAL DEL DISTRITO

# EXHIBIT C

FAXED INS

# SALT LAKE COUNTY SHERIFF'S OFFICE
## JAIL BOOKING RECORD

Jail Copy

| NAME | DOB | TIME BOOKED | ARREST DATE | ARREST TIME | BOOKING NO. | SHERIFF'S OFFICE NO. |
|---|---|---|---|---|---|---|
| GARCIA-HERNANDEZ, PEDRO | 07/08/72 | 0100 | 10/04/02 | 2102 | 0222603 | 238282 |
| NAME (A.K.A.) | DOB (A.K.A.) | DATE BOOKED | ARRESTING AGENCY | AGENCY CASE NUMBER | | FBI NUMBER |
| GARCIA, PEDRO | | 10/05/02 | SO UNINCORP C | 2002120481 | | 40526NA6 |
| | | P BKGS | ARRESTING OFFICER | ID NO. | | BCI NUMBER |
| HERNANDEZ-GARCIA, PEDRO | | 6 | DEPUTY, GOLDBER | 65B | | 516119 |
| | | ARREST LOCATION | | DESCRIPTION | | OTN NUMBER |
| CHAVEZ, JOHNNY | 02/13/72 | 3900 S 1000 E | | 1/2" ABV LIP | | 13679493 |

| SEX | RACE | HEIGHT | WEIGHT | S.M.T. | R/L | LOCATION |
|---|---|---|---|---|---|---|
| MALE | HISPANIC | 507 | 140 | SC | C | FACE |
| HAIR | EYES | GLASSES | R/L HANDED | | | |
| BLK | BRN | NO | RIGHT HN | SC | R | U SHLD |
| DRIVERS LICENSE | ST. | SOCIAL SECURITY # | PLACE OF BIRTH | | | |
| VALID | UT | 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 | MEXICO MX | SC | L | U HEAD |

IN HAIRLINE

| DOCUMENT NO. | BAIL/SENTENCE | JUDGE |
|---|---|---|
| 991921150 | NO BAIL | SL DIST |
| | 25,000.00 CASH 0 | FUCHS |

| CT | M/F | TYP | CHARGE |
|---|---|---|---|
| 1 | F2 | CG | POSS CNTRLD SUBST/COCAINE |
| 1 | F3 | WA | POSS W/INTENT TO DISTRIBUT |
| | | E | C/SUBSTANCE (SL) |

CA # 0915468
CW 00191519

4A 113B

DATE _____ DISPOSITION _____