# EXHIBIT C

Jail Copy

F/C FAXED INS

# SALT LAKE COUNTY SHERIFF'S OFFICE
## JAIL BOOKING RECORD

| NAME | | DOB | TIME BOOKED | ARREST DATE | ARREST TIME | BOOKING NO. | SHERIFF'S OFFICE NO. |
|---|---|---|---|---|---|---|---|
| GARCIA-HERNANDEZ, PEDRO | | 07/08/72 | 0100 | 10/04/02 | 2102 | 0222603 | 238282 |

| NAME (AKA) | | DOB (A.K.A.) | DATE BOOKED | ARRESTING AGENCY | AGENCY CASE NUMBER | | FBI NUMBER |
|---|---|---|---|---|---|---|---|
| GARCIA, PEDRO | | | 10/05/02 | SO UNINCORP C | 2002120481 | | 405260NA6 |

| NAME (AKA) | | | # BKGS | ARRESTING OFFICER | | ID NO. | BCI NUMBER |
|---|---|---|---|---|---|---|---|
| HERNANDEZ-GARCIA, PEDRO | | | 6 | DEPUTY, GOLDBER | | 65B | 516119 |

| NAME (AKA) | | ARREST LOCATION | | | | | OTN NUMBER |
|---|---|---|---|---|---|---|---|
| CHAVEZ, JOHNNY | | 3900 S 1000 E | | | | | 13679493 |

| SEX | RACE | | HEIGHT | WEIGHT | SMT. | PRL | U/L | LOCATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| MALE | HISPANIC | | 507 | 140 | SC | C | C U | FACE | 1/2" ABV LIP |
| HAIR | EYES | GLASSES | | RH HANDED | SC | R U | SHLD | | |
| BLK | BRN | NO | | RIGHT HN | SC | L U | HEAD | IN HAIRLINE |

| DRIVERS LICENSE | ST. | SOCIAL SECURITY # | PLACE OF BIRTH |
|---|---|---|---|
| VALID | UT | 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 | MEXICOMX |

| CT | M/F | TYP | CHARGE | DOCUMENT NO. | BAIL/SENTENCE | JUDGE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | F2 | CG | POSS CNTRLD SUBST/COCAINE | | NO BAIL | SL DIST | D |
| 1 | F3 | WA | POSS W/INTENT TO DISTRIBUT | 991921150 | 25,000.00 CASH O | FUCHS | D |
|  |  |  | E C/SUBSTANCE (SL) | | | | |

(handwritten)

CA # 8615Y368

CJ # 00051191

YA113B