# EXHIBIT D

**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: A   92 016 025

In the Matter of:

Respondent:   GARCIA-Hernandez, Pedro   AKA: GARCIA, Pedro Vill   residing at:

_____
(Number, street, city, state and ZIP code)

U.S. Immigration and Naturalization
WCC / INS Processing Center
11901 East 30th Avenue
Aurora, Colorado 80010

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. You were admitted to the United States at Los Angeles, California on or about August 3, 1989 as a Lawful Permanent Resident
4. You were, on September 21, 1999, convicted in the Third District Court at Salt Lake City, Utah for the offense of Attempted Illegal Possession/Use Of Controlled Substance, in violation of 58-37-8(2)(a)(I) U.C.A. (1953) as amended.
5. You were, on May 9, 2000, convicted in the Third District Court at Salt Lake City, Utah for the offense of Unlawful Possession of a Controlled Substance, in violation of 58-37-8(1)(a)(iii) U.C.A. (1953) as amended.

i-261

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(B)(i) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act [21 U.S.C. 802]), other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:  ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
1961 Stout Street, Room 1403, Denver, Colorado 80294
_____
(Complete Address of Immigration Court, Including Room Number, if any)

on   TO BE SET   at _____   to show why you should not be removed from the United States based on the
      (Date)         (Time)
charge(s) set forth above.

ACTING Officer in Charge
_____
(Signature and Title of Issuing Officer)

Date:  9/12/00

**ORIGINAL NTA TO DEN / EOIR**
9/27/00

Salt Lake City, Utah
(City and State)

See reverse for important information

Form I-862 (Rev. 3-22-99)

# Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

_____           Date: _____
(Signature and Title of INS Officer)

## Certificate of Service

This Notice to Appear was served on the respondent by me on __9/13/00__ (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☑ in person    ☐ by certified mail, return receipt requested    ☐ by regular mail

☑ Attached is a credible fear worksheet.
☑ Attached is a list of organizations and attorneys which provide free legal services.

☑ The alien was provided oral notice in the __ENGLISH__ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

X _____           DEO _____
(Signature of Respondent if Personally Served)           (Signature and Title of Officer)

Form I-862 (Rev. 3-22-99)

IMMIGRATION COURT
1961 STOUT ST., RM 1403
DENVER, CO 80294

In the Matter of

GARCIA-HERNANDEZ, PEDRO
    Respondent

Case No.: A92-016-025

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Nov 9, 2000.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X] The respondent was ordered removed from the United States to
    MEXICO or in the alternative to
[X] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to MEXICO or in the
    alternative to
[ ] Respondent's application for voluntary departure was granted until
    _____ upon posting a bond in the amount of $ _____
    with an alternate order of removal to MEXICO.
[ ] Respondent's application for asylum was ( )granted ( )denied
    ( )withdrawn.
[ ] Respondent's application for withholding of removal was ( )granted
    ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( )granted ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1)   ( ) granted under section 240A(b)(2)
    ( ) denied ( ) withdrawn. If granted, it was ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was
    ( )granted ( )denied ( )withdrawn or ( )other.
[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
    was ordered that respondent be issued all appropriate documents necessary
    to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____
    Date: Nov 9, 2000
    Appeal: Waived/Reserved    Appeal Due By: Dec 11, 2000

DAVID J. CORDOVA
Immigration Judge

RCG

ALIEN NUMBER: 92 016-025                                        ALIEN NAME: GARCIA-HERNANDEZ, PEDRO

```
                          CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [X] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [X] INS
DATE: __11-9-80__  BY: COURT STAFF __DR__
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
```

**U.S. Department of Justice**
Immigration and Naturalization Service

## Warning to Alien Ordered Removed or Deported

File No: **A92 016 025**
Date: **NOVEMBER 9, 2000**

Alien's full name: **GARCIA-Hernandez, Pedro  AKA: GARCIA, Pedro Villa**

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States :

[X]  For a period of 10 years from the date of your departure from the United States because you have been found inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

[ ]  For a period of 10 years from the date of your departure from the United States because you have been found:

   [ ]  deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   [ ]  deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

   [ ]  deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of the United States district court, or a magistrate of the United States magistrate court.

[ ]  For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found :

   [ ]  inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   [ ]  deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

   [ ]  deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

   [ ]  deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

[ ]  At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the United States Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from so doing without the Attorney General's consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period from 2 to 20 years and/or a fine of up to $250,000.

_____
(Signature of officer serving warning)

District Director
( Title of officer )

Denver, Colorado
( Location of INS office )

I understand I may not be removed from the United States sooner than seventy-two hours after service of the final order of deportation in my case. I knowingly and voluntarily request to waive this seventy-two hour period and be deported from the United States as soon as possible.

Form I-294 ( 4-1-97 ) N

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
1961 STOUT ST., RM 1403
DENVER, CO 80294

RE: GARCIA-HERNANDEZ, PEDRO
FILE: A92-016-025

DATE: Oct 5, 2000

TO:   GARCIA-HERNANDEZ, PEDRO
      C/O INS/WCC CUSTODIAL OFFICER
      AURORA, CO  80010

Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Oct 16, 2000 at 9:00 A.M. at:

11901 EAST 30TH AVENUE
AURORA, CO  80010

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action, OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT DENVER, CO THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)   PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: 10/5/00   BY: COURT STAFF _____
attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

GAU

```
                NOTICE OF HEARING IN REMOVAL PROCEEDINGS
                           IMMIGRATION COURT
                        1961 STOUT ST., RM 1403
                           DENVER, CO  80294
```

RE:  GARCIA-HERNANDEZ, PEDRO
FILE: A92-016-025

DATE:  Oct 16, 2000

TO:    GARCIA-HERNANDEZ, PEDRO
       C/O INS/WCC CUSTODIAL OFFICER
       AURORA, CO  80010

Please take notice that the above captioned case has been scheduled for a INDIVIDUAL hearing before the Immigration Court on Nov 9, 2000 at 10:30 A.M. at

                      11901 EAST 30TH AVENUE
                        AURORA, CO  80010

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action, OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT DENVER, CO THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.

                      CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN  [X] ALIEN c/o Custodial Officer   [X] ALIEN's ATT/REP   [ ] INS
DATE: 10/16/00            BY: COURT STAFF _____           V3
Attachments: [X] EOIR-33  [ ] EOIR-28  [ ] Legal Services List   [ ] Other

GAU

**U.S. Department of Justice**
Immigration and Naturalization Service

**Additional Charges of Inadmissibility/Deportability**

---

In:   ☒ Removal proceedings under section 240 of the Immigration and Nationality Act

☐ Deportation proceedings commenced prior to April 1, 1997 under former section 242 of the Immigration and Nationality Act

**In the Matter of:**

Alien/Respondent: GARCIA-Hernandez,        Pedro  B-4033

File No. A92-016-025         Address: c/o WCC/INS 11901 E. 30th Ave.,     Aurora,              CO  80010

There is/are hereby lodged against you the additional charge(s) that you are subject to being taken into custody and deported or removed from the United States pursuant to the following provision(s) of law:

In support of the additional charge(s) there is submitted the following factual allegation(s) ☒ in addition to ☐ in lieu of those set forth in the original charging document:

4a. to wit: cocaine, offense committed July 14, 1999.

5a. to wit: cocaine, offense committed September 14, 1999.

Dated:   September 25, 2000

(Signature of Service Counsel)

Form I-261 (Rev. 4-1-97)

**Additional allegations (continued):**

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the charging document and that you are inadmissible or deportable on the charges contained in the charging document. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Certificate of Service

This charging document was served on the respondent by me on ____September 25, 2000____ (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

- ☐ in person
- ☐ by certified mail, return receipt requested
- ☒ by regular mail

to: c/o WCC/INS 11901 E. 30th Ave.,         Aurora,         CO    80010

☐ The alien was provided oral notice in the ___Spanish___ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____         _____ General Attorney
(Signature of respondent if personally served)         (Signature and title of officer)

| | U.S. Department of Justice |
|---|---|
| Immigration and Naturalization Service | **Warrant for Arrest of Alien** |

File No: A  92 016 025

Date:  September 12, 2000

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

GARCIA-Hernandez, Pedro    AKA: GARCIA, Pedro Villa
(Full name of alien)

an alien who entered the United States at or near   Los Angeles, California   on
(Port)

August 3, 1989   is within the country in violation of the immigration laws and is
(Date)
therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_(Signature of authorized INS official)_

GEORGE ROBERTSON
(Print name of official)

Officer in Charge
(Title)

---

**Certificate of Service**

Served by me at  SALT LAKE CITY, UT.  on  9/13/00  at  1200
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_Signature of officer serving warrant_

DEO
(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

| | U.S. Department of Justice |
|---|---|
| Immigration and Naturalization Service | **Notice of Custody Determination** |

File No: A 92 016 025

Date: 9/12/00

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

- [x] detained in the custody of this Service
- [ ] released under bond in the amount of $ _____
- [ ] released on your own recognizance

- [ ] You may request a review of this determination by an immigration judge.
- [x] You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
(Signature of authorized INS official)

GEORGE ROBBERTSON
(Print name of official)

Acting Officer in Charge
(Title)

[x] I do  [ ] do not request a redetermination of this custody decision by an immigration judge.
[x] I acknowledge receipt of this notification.

X _____          9/13/00
(Signature of respondent)              (Date)

---

### RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

- [ ] Immigration Judge      [ ] District Director      [ ] Board of Immigration Appeals

The results of the redetermination/reconsideration are:

- [ ] No change - Original determination upheld.
- [ ] Detain in custody of this Service.
- [ ] Bond amount reset to _____
- [ ] Release - Order of Recognizance
- [ ] Release - Personal Recognizance
- [ ] Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N