# EXHIBIT E

Case 3:08-cr-00063-LAB   Document 20-6   Filed 02/25/2008   Page 1 of 4

U.S. Department of Justice  
Immigration and Naturalization Service

**Notice to Appear**

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A92 016 025

In the Matter of:

Respondent: GARCIA, Pedro Villa    currently residing at:

C/O U.S. INS 5272 S. COLLEGE DR. #100  
SALT LAKE CITY,    UT    84123    NONE  
(Number, street, city, state and ZIP code)    (Area code and phone number)

☐ 1. You are an arriving alien.  
☒ 2. You are an alien present in the United States who has not been admitted or paroled.  
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:  
1. You are not a citizen or national of the United States;  
2. You are a native of Mexico and a citizen of Mexico;  
3. You entered the United States at or near San Ysidro, California on or about November 2000;  
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:  
212(a)(6)(A)(i) of the Immigration and Nationality Act (Act), as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

Section 235(b)(1) order was vacated pursuant to:    ☐ 8 CFR 208.30(f)(2)    ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:    To be set

1961 Stout St. Room 1403 Denver, CO 80294  
(Complete Address of Immigration Court, Including Room Number, if any)

on ___To be set___ at _____ to show why you should not be removed from the United States based on the  
(Date)        (Time)  
charge(s) set forth above.

_Acting OIC_  
(Signature and Title of Issuing Officer)

Date: 04-19-2001

Salt Lake City, Utah  
(City and State)

See reverse for important information

Form I-862 (Rev. 3/22/99) N

U.S. Department of Justice

Immigration and Naturalization Service

1727

**Warrant of Removal/Deportation**

File No: __A92 016 025__
Date: __MAY 2, 2001__

To any officer of the United States Immigration and Naturalization Service:

_____GARCIA, Pedro Villa_____
(Full Name of Alien)

who entered the United States at or near __San Ysidro, CA__ on or about __11/00__
( Place of entry )                                            ( Date of entry )

is subject to removal/deportation from the United States, based upon a final order by:

[x] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a district director or a district director's designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

**SECTION 212 (a) (6) (A) (i) of the IMMIGRATION AND NATIONALITY ACT.**
**SECTION 212 (a) (2) (A) (i) (II) of the IMMIGRATION AND NATIONALITY ACT.**
**SECTION 212 (a) (9) (A) (ii) of the IMMIGRATION AND NATIONALITY ACT.**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: "Salaries and expenses, U.S. Immigration and Naturalization Service, 2001" including the expenses of the attendant, if necessary.

_____
(Signature of INS official)
DISTRICT DIRECTOR
(Title of INS official)

__MAY 2, 2001__       __DENVER, COLORADO__
(Date and Office Location)

Form I-205 (Rev 4-1-97)N

To Be Completed by Service officer executing the warrant:

Name of alien being removed: Garcia, Pedro        OTM

MAY 0 8 2001

Port, date, and manner of removal: A FOOT MEXICO

11-4-02
11-04-02 gm

L92 016 025

Photograph of alien removed

Right index fingerprint of alien removed

_Pedro Garcia_
(signature of alien being fingerprinted)

_____ DEO/Den
(Signature and title of INS official taking print)

Departure witnessed by: _____ 0176
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure verified by: _____
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97) N