# EXHIBIT F

U.S. Department of Justice
Immigration and Naturalization Service

Warrant of Removal/Deportation

File No: ~~A92-160-025~~ A92 016 025

Date: 10/07/2002

**To any officer of the United States Immigration and Naturalization Service:**

Garcia Hernandez,         Pedro
(Full name of alien)

who entered the United States at _____San Yisdro, CA_____ on _____or about 2001_____
                                        (Place of entry)                      (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation or removal proceedings
☒ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 241(a)(5).

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

"Salaries and expenses, U.S. Immigtation and Naturalization Service.

_____
(Signature of INS official)

Acting District Director
(Title of INS official)

10/7/02   SALT LAKE CITY, UT
(Date and office location)

Form I-205 (Rev. 4-1-97) N

To be completed by Service officer executing the warrant:
Name of alien being removed:

Garcia Hernandez,          Pedro

Port, date, and manner of removal:

[stamp: JUAREZ SVC / EL PASO, TEXAS / REMOVAL]

[stamp: 2004 MAR 11  P 6:36]

Photograph of alien removed

4.25.06
(1.2) DEO 06 04914
0#2

Right index fingerprint of alien removed

__Pedro Garcia__
(Signature of alien being fingerprinted)

__Everet B Clem__ D.O.
(Signature and title of INS official taking print)

Departure witnessed by: __J E Valencia__
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____ I-EV
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97) N