# EXHIBIT G

U.S. Department of Homeland Security                    **Warrant of Removal/Deportation**

File No: A092016025
Event No: XOU0604000010
Date: August 16, 2007

**To any immigration officer of the United States Department of Homeland Security:**

Pedro GARCIA-Hernandez AKA:
PEDRO V. GARCIA

_____
(Full name of alien)

who entered the United States at  EL PASO, TEXAS                    on   March 11, 2004
                                  (Place of entry)                        (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2007.

_James T. Hayes_
(Signature of immigration officer)

_Field Office Director_
(Title of immigration officer)

SAN BERNARDINO, CA
(Date and office location)

Form I-205 (Rev. 08/01/07)

To be completed by immigration officer executing the warrant:
Name of alien being removed:

Pedro GARCIA-Hernandez

Port, date, and manner of removal: San Ysidro, California 9-14-2007 AFOOT

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

Daniel L. Grazley G-1617
(Signature and title of immigration officer taking print)

Departure witnessed by: Adan Favors IEA
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)

U.S. Department of Homeland Security | Notice of Intent/Decision to Reinstate Prior Order

File No. A092 016 025
Event No: XOU0604000010
FIN #: 8672706
Date: April 17, 2006

Name: Pedro GARCIA-Hernandez AKA: GARCIA, PEDRO VILLA

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of ___Removal___ entered against you. This intent
(Deportation / exclusion / removal)
is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ___May 2, 2001___ at
   (Date)
   Denver, Colorado.
   (Location)

2. You have been identified as an alien who:

   ☒ was removed on ___November 4, 2002___ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ___March 11, 2004___ at or near EL PASO, TEXAS
   (Date)                                              (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* ___SPANISH & ENGLISH___ *language.*

DARRICK L. GATLING
(Printed or typed name of official)

_____
(Signature of officer)

IMMIGRATION ENFORCEMENT AGENT
(Title of officer)

---

**Acknowledgment and Response**

I ☐ do ☒ do not wish to make a statement contesting this determination. _Pedro [signature]_
9/13/07
(Date)                                                          (Signature of Alien)

---

**Decision, Order, and Officer's Certification**

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

9/14/2007      San Bernardino, CA                    _____
(Date)          (Location)                            (Signature of authorized deciding official)
FRAN COUGHLIN                                         SDDO
(Printed or typed name of official)                   (Title)

Form I-871 (Rev. 08/01/07)

U.S. Department of Homeland Security

**Warning to Alien Ordered Removed or Deported**

Event No: XOU0604000010
File No: A092 016 025

Date: 04/17/2006

Pedro GARCIA-Hernandez   AKA:
Alien's full name: GARCIA, PEDRO VILLA

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  ☐ deportable under section 241 of the Act and ordered removed from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☒ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

_____  _____  _____
(Signature of officer serving warning)       ICA                          SDO/DRO
                                        (Title of officer)                (Location of DHS office)

Form I-294 (07/05/07)