# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PEDRO GARCIA,<br><br>    Defendant. | Criminal Case No. 3:08-CR-0063-LAB<br><br>**ORDER SHORTENING TIME** |

IT IS HEREBY ORDERED that the time for the filing of the Government's Response and Opposition to Defendant's Motions in Limine shall be shortened and may be filed no later than February 22, 2008, for the hearing on February 25, 2008.

DATED: February 26, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge