# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 3:08-CR-0063-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER SHORTENING TIME** |
| PEDRO GARCIA, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the time for the filing of the Government's Response and Opposition to Defendant's Motion to Dismiss the Indictment shall be shortened and may be filed no later than 10:00 a.m. on February 25, 2008, for hearing on February 25, 2008, at 2:00 p.m.

DATED: February 26, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge