UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED

'08 MAR 21 AM 11:40

CLERK U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PEDRO GARCIA,<br><br>    Defendant. | CASE NO. 08CR00063-LAB<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: 8 USC 1326(a) and (b) - Attempted Entry After Deportation.

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/17/08

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE


ENTERED ON _____